# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

133955
& (18)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRIAN NUCKOLS,
   Claimant-Appellant,

v

             SC: 133955
             COA: 277137
             Oakland CC: 2006-078132-AE

BLUE CROSS BLUE SHIELD
OF MICHIGAN,
   Defendant,

and

DEPARTMENT OF LABOR &
ECONOMIC GROWTH/
UNEMPLOYMENT AGENCY,
   Appellee.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 9, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007            _____

l0618                Clerk